### 2374.   ROME RAILWAY AND LIGHT COMPANY *v.* BARRETT.

HILL, C. J.   The questions of law made by the assignments of error are neither novel nor of general interest.   The verdict is strongly supported by the evidence, and no error of law appears, of sufficient gravity to justify the grant of another trial.        *Judgment affirmed.*

Action for damages; from city court of Floyd county—Judge Hamilton.   December 13, 1909.

Submitted February 25,—Decided June 14, 1910.

*Dean & Dean,* for plaintiff in error.

*C. T. Clements, John W. & G. E. Maddox,* contra.